ordering paragraph thereof the word "printed" and inserting in place thereof the word "typewritten."

■ (A) EDWIN A. ELLIS et al., Respondents, v. MORRIS KAUFMAN, Appellant. (B) HUGO DI GIULIO, Respondent, v. MARION L. DI GIULIO, Appellant.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ JOANNE GUIDER, Respondent, v. CLEMENT H. GUIDER, Appellant.— Motion by respondent for an order staying argument of the appeal herein pending decision of Supreme Court motion now pending and extending time to file brief until after determination of such motion, denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CORNELIUS ASKEW. (J. Vaughan Millane, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. OTIS H. BROWN. (Howard V. Burke, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT F. ECKERT. (Robert L. Fleischer, Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM A. JACKSON. (Robert Switzer, Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT NEVEROSKY v. WALTER H. WILKINS, as Warden of Attica Prison. (Justyn E. Miller, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ORGOVAN. (Victor T. Fuzak, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK v. RONALD PETTY. (John C. Broughton, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES A. SCOTT. (Raymond Gage, Esq.) (I) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM A. TARPLEY. (Charles F. Crimi, Esq.) (J) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE KENNEDY v. McKENZIE. (John Aletto, Esq.) (K) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY LEE HINES. (Gerald Beckerman, Esq.) (L) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM JOHNSON. (Adolph M. Newman, Esq.) (M) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESTON CARL KENYON, JR., v. WALTER H. WILKINS, as Warden of Attica Prison. (Miss Diana Gaylord.) (N) THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD E. MACKEY. (Robert Anderson, Esq.) (O) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH ROBERTS. (Don B. Allen, Esq.) (P) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES TAYLOR. (Albert Scialfo, Esq.) — [In each appeal] Motion granted to prosecute appeal from original record, or original papers, counsel assigned and time for argument of appeal enlarged to include November 1960 Term of court.

■ (A) BLAB v. TYLER. (B) BURKE v. DOWNEY. (C) GAMBACORDA v. MARKEL. (D) HINES v. CHINN. (E) POLZIN v. SAVAGE. (F) WEST'S v. COXSON. (G) MINTZ v. MAJESTIC.— [In each appeal] Order of dismissal for failure to prosecute entered pursuant to rule X of the Appellate Division, Fourth Department, Calendar Rules.

■ In the Matter of WILLARD WILCOX.— Order of substitution of attorneys entered.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. OLIVER BODDIE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Wankard L. Pooser, Esq., substituted as counsel for the appellant in the place and stead of Richard A. Gleason, Esq.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT J. MACONI, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. — Motion for reargument of motion to appeal on typewritten papers denied. Memorandum: As we understand it, the rule requiring us to grant leave to all indigent defendants to appeal on typewritten papers in *coram nobis* proceedings, without regard to the merit of the appeal (*People* v. *Wilson*, 7 N Y 2d 563; *People* v. *Borum*, 8 N Y 2d 177) does not extend to appeals in habeas corpus proceedings. We do not believe that we are required to grant leave in a habeas corpus proceeding to present the appeal on typewritten papers in